UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-61433-CIV-COHN/SELTZER

LAUREN MINNITI, individually as as
the representative of a class of similarly
situated persons

       Plaintiffs,

vs.

TORY BURCH LLC,

       Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Parties' Notice of Dismissal without Prejudice. [DE 24]. The Parties dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 27st day of August, 2018.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.